UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SHARON MCDONALD, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BOSTON and RICHARD WALKER, <br><br> Defendants. | Civil Action No. 1:15-CV-11915-JGD |

DEFENDANT RICHARD WALKER'S EXPERT WITNESS DISCLOSURE
PURSUANT TO Fed. R. Civ. P. 26(a)(2)(C)

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Defendant Richard Walker ("Defendant"), hereby discloses the following expert:

## I.   IDENTITY OF EXPERT

Alison Fife, M.D.
148 Linden Street #105A
Wellesley, MA 02482
(781) 237–4044
alisonfife1@gmail.com

## II.   SUBJECT MATTER OF EXPERT TESTIMONY

Dr. Fife will testify to her review of Plaintiff Sharon McDonald's ("Plaintiff") medical records prior to and after Plaintiff's arrest and subsequent incarceration in 2012. Dr. Fife will opine on the mental health consequences (if any) of Plaintiff's arrest and incarceration, including the duration and severity of Plaintiff's symptoms (if any).

### III. <u>EXPERT OPINION</u>

Dr. Fife will testify that Plaintiff had a post-traumatic reaction to her arrest and time spent in the South Bay Correctional Facility, and required therapy. Dr. Fife will further testify to Plaintiff's history of preexisting mental health issues, and how Plaintiff's mental health issues were exacerbated or causally related, if at all, to her arrest and incarceration. Finally, Dr. Fife will testify that following the arrest and incarceration, Plaintiff received very affective psychotherapy, and that her symptoms were largely resolved within six to eight months.

### IV. <u>SUBSTANCE OF GROUNDS FOR THE OPINIONS</u>

Dr. Fife's opinions and conclusions are based upon her review of Plaintiff's Complaint, Plaintiff's Answers to Interrogatories, Plaintiff's deposition, Plaintiff's medical records, and other information in the case, in addition to Dr. Fife's education, background, training, and experience.

Respectfully submitted,

Richard Walker,

By his attorneys,

*/s/ William T. Hogan III*
William T. Hogan III (BBO# 237710)
bill.hogan@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
p. (617) 217-4700
f. (617) 217-4710

Dated: January 2, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this date.

Date: January 2, 2018　　　　　　　　　　　*/s/ William T. Hogan III*
　　　　　　　　　　　　　　　　　　　　　William T. Hogan III