## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

_____
                                        )
SHARON MCDONALD,                        )
           Plaintiff                    )
                                        )
vs.                                     )          C.A. NO.:  1:15-CV-11915-JGD
                                        )
CITY OF BOSTON and                      )
RICHARD WALKER,                         )
           Defendants                   )
                                        )
_____)

## PLAINTIFF'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

The plaintiff files this motion for partial summary judgment on liability as there is no

dispute as to the defendants' liability on the plaintiff's negligence and section 1983 claims.

Accordingly, the plaintiff requests that the Court enter judgment on liability in her favor on

Counts III and IV (negligence) and Count I (section 1983).  The plaintiff separately filed a

memorandum in support of this motion and her statement of undisputed facts.

                              On behalf of PLAINTIFF Sharon McDonald

                              /s/ Stephen J. Delamere
                              Stephen J. Delamere, BBO #561249
                              Law Office of Stephen J. Delamere, P.C.
                              839 Washington Street, Stoughton, MA 02072
                              (781) 344-0012
                              sdelamere@delamerelaw.com

                              /s/ Carlin Phillips
                              Carlin J. Phillips, BBO #561916
                              Phillips Garcia Law
                              13 Ventura Drive, Dartmouth, MA  02747
                              (508) 998-0800
                              cphillips@phillipsgarcia.com