# United States Court of Appeals
## For the First Circuit

_____

No. 18-1948

SHARON MCDONALD

Plaintiff - Appellee

v.

RICHARD WALKER

Defendant - Appellant

CITY OF BOSTON

Defendant

_____

**JUDGMENT**

Entered: December 27, 2018
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Stephen J. Delamere
Carlin J. Phillips
John Joseph Boscia
Katherine Nowland Galle
William T. Hogan III
Michelle K. Hinkley
Nolan J Mitchell